GARY D. AND LINDY H. COMBRINK, PETITIONERS *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 13580–99.         Filed May 15, 2001.

By order dated August 14, 2001, this opinion filed May 15, 2001 was withdrawn. This opinion now appears at 117 T.C. 82 (2001).